FILED

2005 Nov-29  PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEROME WILLIAMS** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **CV 05-S-8075-S** |
| | ) | **CR 97-S-0377-S** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

This is a motion to vacate, set aside, or correct a sentence, brought by a federal prisoner, pursuant to 28 U.S.C. § 2255.  The movant, Jerome Williams, initiated this action on August 18, 2005, by filing the motion to vacate, along with a document entitled "Reason for Appeal," in the United States Court of Appeals for the Eleventh Circuit.  The Court of Appeals transferred the motion to this court on September 13, 2005, noting that it had apparently been erroneously forwarded to that court.  Because the movant's documents appeared to be a motion to vacate his sentence, they were treated as such by this court.

However, the court noted that the movant's motion and the attachment are insufficient because they are practically illegible, as they are sloppily hand-written in very light pencil.  The movant was ordered to file an amended motion to vacate using

a § 2255 form that was provided to him.  The movant was instructed on how to complete the form.  Furthermore, he was advised that "failure to completely comply with this order by October 31, 2005 will result in dismissal of his motion for want of prosecution."

The movant has filed nothing in response to the court's order to amend. Therefore, the motion to vacate is due to be DISMISSED for want of prosecution.

An appropriate order will be entered.

DONE this 29th day of November, 2005.

_____
United States District Judge